United States District Court
Southern District of Texas
**ENTERED**
January 19, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| James Meadows, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-21-228 |
| | § | |
| Exterior Maintenance Resources, Inc., | § | |
|     Defendant. | § | |

## ORDER

Defendant shall file a response to Plaintiff's motion to compel (Dkt. 36) by January 28, 2022. A hearing on the motion is set for Tuesday, February 1, 2022, at 9:30 a.m.

Signed at Houston, Texas, on January 19, 2022.

_____
Peter Bray
United States Magistrate Judge