United States District Court
Southern District of Texas
**ENTERED**
February 28, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| James Meadows, | § | |
| | § | |
| v. | § | C.A. H-21-228 |
| | § | |
| Exterior Maintenance | § | |
| Resources, Inc., | § | |

## **ORDER**

It is ORDERED that this case is dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

SIGNED at Houston, Texas, on this 28th day of February, 2022.

DAVID HITTNER
United States District Judge